UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JEFFERY SANCHEZ SMITH** <br> D.O.C. # 344538 | : | **DOCKET NO. 2:23-cv-00138** <br> **SECTION P** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **KEITH COOLEY, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## REPORT AND RECOMMENDATION

Before the court is a civil rights complaint (doc. 1) filed pursuant to 42 U.S.C. § 1983, by Jeffery Sanchez Smith, who is proceeding pro se and in forma pauperis in this matter. Smith is an inmate in the custody of the Louisiana Department of Corrections ("LDOC"), currently incarcerated at the Allen Correctional Center in Kinder, Louisiana. This matter has been referred to the undersigned for review, report, and recommendation in accordance with 28 U.S.C. § 636 and the standing orders of this court.

Plaintiff's suit centers on allegations that his civil rights were violated as a result of a strip search that occurred at the Allen Correctional Center on October 28, 2022. Doc. 1. He originally named as defendants Warden Keith Cooley, Colonel Bobby Young, and Secretary of the Louisiana Department of Public Safety and Corrections James M. Leblanc. *Id.*

On February 8, 2023, plaintiff was ordered to amend his complaint to address certain deficiencies and to dismiss the claims and parties that could not be cured through amendment. Doc. 8. Plaintiff complied with the Court's Order and filed an Amended Complaint on March 2, 2023. Doc. 11.

In his Amended Complaint, plaintiff provided additional details regarding his claims against defendants Keith Cooley and Bobby Young but did not include any information regarding Secretary James Leblanc's involvement in his claim. Moreover, Section III of his Amended Complaint, titled "Defendants," is void of any mention of Secretary Leblanc. Doc. 11, p. 2. Accordingly, the Court concludes that through his amended complaint, plaintiff intends to dismiss Secretary Leblanc from the instant suit.[1]

Accordingly, **IT IS RECOMMENDED** that all claims against Secretary James Leblanc be **DENIED and DISMISSED WITH PREJUDICE**.

Pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties have fourteen (14) days from receipt of this Report and Recommendation to file written objections with the Clerk of Court. Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days of receipt shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error. *See Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1429–30 (5th Cir. 1996).

THUS DONE AND SIGNED in Chambers this 8th day of June, 2023.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court will retain the claims against Cooley and Young to determine whether the strip search complained of was reasonable.